ACCEPTED
04-14-00508-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 2:37:02 PM
KEITH HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

## NO. 04-14-00508-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/17/2015 2:37:02 PM
KEITH E. HOTTLE
Clerk

## RUDY MENDEZ

## VS.

## CITY OF SAN ANTONIO BUILDING STANDARDS BOARD

From the 166TH Judicial District Court, Bexar County
Trial Court No. 2014-CI-08659
Honorable Barbara Nellermoe, Presiding

## MOTION FOR COURT TO CONSIDER CONTEST TO APPELLANT'S AFFIDAVIT OF INABILITY TO PAY COSTS ON APPEAL INADVERTENTLY FILED IN FOURTH COURT OF APPEALS AS TIMELY FILED AND PROPERLY CONSIDERED

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

The Contestants, DONNA KAY MCKINNEY, DISTRICT CLERK OF BEXAR COUNTY, JUDY STEWART, OFFICIAL COURT REPORTER OF THE 45TH DISTRICT COURT, AND ALL OTHER COURT OFFICIALS AND COURT REPORTERS HAVING AN INTEREST IN THE COSTS ACCRUING IN THIS SUIT, file this Motion and show the Court the following:

1. On February 12, 2015, this Court issued an Order finding that the clerk of the trial court had filed a supplemental record which did not contain a copy of the contest filed by the Bexar County District Clerk and the

1

Official Court Reporter for the 45th District Court. This Court ordered the Clerk to file a copy of the contest filed by those contestants by March 4, 2015.

2. On returning from vacation on February 17, 2015 and becoming aware of this Court's February 12, 2015 Order, the undersigned counsel began to research the situation and became aware that the original of the contest filed on behalf of the District Court and the court reporter was inadvertently filed in the Fourth Court of Appeals on November 18, 2014. A copy of that contest which was printed from the record of the Fourth Court of Appeals is attached hereto as Exhibit A and is incorporated herein by reference for all purposes and of which the Contestants request that this Honorable Court take judicial notice. It should be noted that the notation in the Fourth Court record for November 18, 2014 shows that a "letter" was filed on that date. When the "letter" is brought up, it is the original of the contest filed by Contestants.

3. The contest was filed within the time frame established by the Fourth Court of Appeals in its Order of November 13, 2014 designating the time by which contests were to be filed and a hearing held.

4. On December 4, 2014, a hearing on the Appellant's Affidavit of Inability to Pay Costs on Appeal and the contests filed by the Appellee and the

2

Contestants was held before the Honorable John Gabriel, Judge of the 131st District Court. At the time of the hearing in which the undersigned counsel participated, it was believed that the contest had been filed in the District Clerk's records. There was no objection to the proceeding by any party and Judge Gabriel heard the evidence presented by the Appellant in support of his affidavit of indigency, as well as the argument of counsel as to the Appellant's failure to support his affidavit. After hearing all evidence and argument, Judge Gabriel found that the appeal was frivolous and granted the contests filed by the Appellee and the Contestants.

5. Contestants would show that while the contest was inadvertently filed in the Fourth Court rather than with the District Clerk, the contest was timely filed and properly considered by Judge Gabriel without objection on December 4, 2014.

WHEREFORE, Contestants request that the Court find that the Contest to Appellant's Affidavit of Inability to Pay Costs on Appeal or, In the Alternative, Request for Finding that Appeal is Frivolous, inadvertently filed with the Fourth Court of Appeals on November 18, 2014, was timely filed and properly considered by Judge John Gabriel in reaching his December 4, 2014 order.

3

Respectfully submitted,

_____
DINAH GAINES, SBN 07570700
CHIEF STAFF ATTORNEY
BEXAR COUNTY CIVIL DISTRICT
COURTS
100 Dolorosa
San Antonio, Texas 78205
(210) 335-1107
FAX (210) 335-1108
Email: dinah.gaines@bexar.org
ATTORNEY FOR CONTESTANTS

## CERTIFICATE OF CONFERENCE

This is to confirm that the undersigned counsel has conferred with counsel for Appellee who does not oppose this motion. Counsel was unable to confer with the Appellant prior to the filing of this motion to ascertain whether the Appellant objects.

_____
DINAH GAINES

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent by facsimile transmission to Ms. Savita Rai, Assistant City Attorney, Attorney for Appellee, and by certified mail, return receipt requested and regular mail to Mr. Rudy Mendez, 2915 Jupe, San Antonio, Texas 78222, on this _17th_ day of February, 2015.

_____
DINAH GAINES

4

**EXHIBIT A**

2014-CI-08659

| | | | |
|---|---|---|---|
| RUDY MENDEZ | ) | IN THE DISTRICT COURT | |
| | ) | | |
| VS. | ) | 166TH JUDICIAL DISTRICT | |
| | ) | | |
| CITY OF SAN ANTONIO BUILDING | ) | | |
| STANDARDS BOARD | ) | BEXAR COUNTY, TEXAS | |

<u>CONTEST TO APPELLANT'S AFFIDAVIT<br>OF INABILITY TO PAY COSTS ON APPEAL OR, IN THE ALTERNATIVE,<br>REQUEST FOR FINDING THAT APPEAL IS FRIVOLOUS</u>

TO THE HONORABLE JUDGE OF SAID COURT:

DONNA KAY MCKINNEY, DISTRICT CLERK OF BEXAR COUNTY, TEXAS, JUDY STEWART, OFFICIAL COURT REPORTER FOR THE 45TH JUDICIAL DISTRICT COURT, AND ALL OTHER COURT OFFICIALS AND COURT REPORTERS HAVING AN INTEREST IN THE COSTS ACCRUING IN THIS SUIT, hereinafter referred to as Contestants, file this Contest to Appellant's Affidavit of Inability to Pay Costs On Appeal or, In the Alternative, Request for Finding that Appeal is Frivolous, and show the Court the following:

1.      Appellant, RUDY MENDEZ, currently has an appeal pending before the Fourth Court of Appeals in case number 04-14-00508-CV.

2.      On November 13, 2014, the Fourth Court of Appeals issued an Order regarding the Appellant's filing of an affidavit of inability to pay costs on appeal and setting the deadlines for filing contests.

3.      Contestants file this contest before the deadline established by the Court of Appeals.

4.      The above named Contestants contest the Affidavit of Inability to Pay Costs on Appeal.

1

5.  Contestants maintain that the Appellant is not indigent and has the ability to pay the costs of court and court reporters' fees.

6.  Contestants maintain that in accordance with Texas Rules of Appellate Procedure, Rule 20.1, Appellant is not indigent and is capable of paying all costs and fees.

7.  In the alternative, should the Court determine that Appellant is indigent and unable to pay the costs and fees on appeal, Contestants request that the Court determine pursuant to Civil Practice and Remedies Code sec. 13.003, that the appeal is frivolous. Contestants maintain that there is a slight chance of ultimate success of the appeal and that the Appellant's claim has no arguable basis in law or in fact

8.  Contestants further request that the Court enter its order pursuant to Texas Rules of Appellate Procedure Rule 20.1(i)(2) and set this matter for hearing on December 4, 2014 at 9:00 A.M. in the Presiding District Court, Room 109, Bexar County Courthouse, San Antonio, Texas.

WHEREFORE, PREMISES CONSIDERED, the Contestants request that this Honorable Court set this matter for hearing on December 4, 2014, sustain this Contest, find that the Appellant is not indigent and that the Appellant is capable of paying all costs and court reporters fees incurred for the appeal of this cause, and order the Appellant to pay said costs and fees, or, in the alternative should the Court find that Appellant is indigent that the Court find that the appeal is frivolous and determine that Appellant is not entitled to a free statement of facts or a free clerk's record on appeal.

2

Respectfully submitted,

DINAH GAINES
CHIEF STAFF ATTORNEY
BEXAR COUNTY CIVIL DISTRICT
COURTS
SBN 07570700
100 Dolorosa
San Antonio, Texas 78205
(210) 335-1107
FAX (210) 335-1108
ATTORNEY FOR CONTESTANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was delivered by facsimile transmission to Ms. Savita Rai, Assistant City Attorney and Mr. Samuel Adams, Assistant City Attorney, and by certified mail, return receipt requested, and by regular mail to Mr. Rudy Mendez, 2915 Jupe, San Antonio, Texas 78222, on this 18th day of November, 2014.

DINAH GAINES